UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2020
(2203-25)

_____

PETER LAURENZANO

        Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

        Respondent - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk