UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2020
(2203-25)
_____

PETER LAURENZANO

    Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

    Respondent - Appellee

_____

O R D E R
_____

Upon consideration of appellee's motion for stay of briefing in light of lapse of appropriations, the court grants the motion and suspends briefing pending further order of the court.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk